THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERI ARRASMITH-BENNETT, | CASE NO. C20-1657-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint notice of settlement (Dkt. No. 12). The parties inform the Court that they have reached a settlement that disposes of this matter in its entirety and anticipate filing a stipulation for dismissal within 30 days. (*Id.*) Accordingly, case management deadlines are STRICKEN and this case shall be statistically CLOSED pending the parties' anticipated filing of a stipulated order of dismissal.

DATED this 3rd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C20-1657-JCC
PAGE - 1