THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERI ARRASMITH-BENNETT, | CASE NO. C20-1657-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated dismissal (Dkt. No. 14). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Here, all parties that have appeared stipulate that this action shall be dismissed with prejudice and without an award of costs or fees. (Dkt No. 14.) Thus, under Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. All claims in this action are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees. The Clerk is directed to CLOSE this case.

//

MINUTE ORDER
C20-1657-JCC
PAGE - 1

DATED this 22nd day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk